No. 844. ABC Books, Inc., et al. *v.* Benson, Commissioner of Revenue of Tennessee, et al. Appeal from D. C. M. D. Tenn. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. Mr. Justice Douglas is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 5164. Dyches *v.* Ryan et al. Appeal from D. C. S. D. Ga. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66. Mr. Justice Douglas is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 888. Board of Public Instruction of Dade County *v.* Banks. Appeal from D. C. S. D. Fla. Judgment vacated and case remanded so that a fresh decree may be entered from which a timely appeal may be taken to the United States Court of Appeals for the Fifth Circuit if appellant so chooses.

No. 5013. Rollins et al. *v.* Shannon. Appeal from D. C. E. D. Mo. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66; and *Boyle* v. *Landry, ante,* p. 77. Mr. Justice Douglas concurs on basis of his separate opinion in *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 74.